Dismissed and Opinion filed January 16, 2003









Dismissed and Opinion filed January 16, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01366-CV

____________

 

IRENE GARNER, Appellant

 

V.

 

ESTATE OF HERBERT EDWARD GARNER, Deceased,
Appellee

 



 

On Appeal from the Probate Court
No. 3

Harris County, Texas

Trial Court Cause No. 317771-401

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 13,
2002.  On January 6, 2003, appellant
filed a motion to dismiss the appeal because she no longer wishes to pursue her
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed January 16, 2003.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.